STEVEN KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HECTOR JOSE CHAMERRY GUZMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 13-0070 RS (MEJ) <br><br> STIPULATION AND [PROPOSED] <br> ORDER TO MODIFY CONDITIONS OF <br> RELEASE |

On February 15, 2013, defendant Guzman was released on a $75,000 unsecured bond with the condition that he be subject to electronic monitoring and a curfew. Mr. Guzman was subsequently released from immigration custody with the condition that he be subject to electronic monitoring. As a result, Mr. Guzman has been wearing two ankle bracelets–one for immigration and one for district court–since February.

Mr. Guzman now requests that the Court modify his conditions of release to remove the conditions that he be subject to electronic monitoring and a curfew. He has been compliant with all his conditions of pretrial release for four straight months. He has maintained contact with his pretrial services officer, obtained employment at a car wash, and continued to care for his five-year old son. He does not have a drug or alcohol problem. Pretrial Services Officer Anthony

1  Granados has verified that Mr. Guzman has not had any violations of his conditions of release,
2  and he concurs with the proposal to remove both the electronic monitoring and curfew
3  conditions. He also indicated that Pretrial Services is currently paying for Mr. Guzman's ankle
4  bracelet but they would like Mr. Guzman to start paying for it, and Mr. Guzman does not have
5  the funds to pay.
6      Mr. Guzman is scheduled to be sentenced on June 25, 2013. Given his excellent behavior
7  on release and compliance with his conditions, as well as the fact that he is unnecessarily wearing
8  two ankle bracelets, Mr. Guzman respectfully requests that the Court remove the conditions that
9  he be subject to electronic monitoring and a curfew. All other conditions shall remain in place.
10  The government does not oppose this request.
11
12      IT IS SO STIPULATED.
13
14      MELINDA HAAG
    United States Attorney
15
    6/5/13    /s/
16  _____    _____
    DATED    SUZANNE MILES
17      Assistant United States Attorney
18
19      STEVEN KALAR
    Federal Public Defender
20
    6/5/13    /s/
21  _____    _____
    DATED    RITA BOSWORTH
22      Assistant Federal Public Defender
23
24      In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions
25
26  STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE *US v. Guzman*,
13-0070 RS (MEJ)    2

1 | of release shall be modified such that the conditions that he be subject to electronic monitoring
2 | and a curfew are removed. All other conditions shall remain in place.

June 7, 2013
DATED

MARIA ELENA JAMES
United States Magistrate Judge

STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE  US v. Guzman,
13-0070 RS (MEJ)                              3